Rose S. Malmud, as Beneficiary of a Trust under the Will of Nathan Malmud, Deceased, Respondent, *v.* Lillian Blackman et al., Appellants, and Annie Malmud, Individually and as Executrix of Nathan Malmud, Deceased, Respondent and Appellant, Impleaded with Others, Respondents.

Argued May 26, 1938; decided July 7, 1938.

*Clarence G. Bachrach* for appellants.

*Theodore H. Malmud, George Turitz* and *David I. Tieger* for plaintiff-respondent, and for Annie Malmud, individually, appellant.

Judgment affirmed, without costs; no opinion.

Concur: Lehman, O'Brien, Hubbs, Loughran, Finch and Rippey, JJ. Taking no part: Crane, Ch. J.